UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LYNN ADAMS JENKINS,

    Plaintiff,

v.                                                     Case No. 5:11-cv-627-Oc-10TBS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____

ORDER

Pending before the Court is Plaintiff's improperly titled Motion for Summary Judgment (Doc. 11), which the Court will construe as Plaintiff's brief. Plaintiff is reminded that motion practice in accordance with Rule 56 (summary judgment) is not appropriate in a Social Security appeal. See Doc. 10 at 2. Consistent with the Scheduling Order (Doc. 10), Defendant shall file his brief by July 25, 2012.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on May 29, 2012.

*[signature]*
THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel